1  Louis F. Teran (SBN 249494)
2  lteran@slclg.com
   SLC LAW GROUP
3  1055 E. Colorado Blvd., Suite #500
   Pasadena, CA 91106
4  Telephone: (818) 484-3217 x200
5  Facsimile: (866) 665-8877

6
7  Attorneys for Plaintiff
   Mike's Novelties, Inc.
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC., a Texas corporation, | Case No.: |
| Plaintiffs, | **COMPLAINT FOR:** |
| v. | 1) **DECLARATION OF NON-INFRINGEMENT OF TRADEMARK** |
| PIV ENTERPRISES, INC., a California corporation, | 2) **DECLARATION OF NON-COUNTERFEITING OF TRADEMARK** |
| Defendant. | 3) **DECLARATION OF INVALIDITY OF TRADEMARK REGISTRATION NO. 5,298,938** |
| | 4) **DECLARATION OF INVALIDITY OF TRADEMARK REGISTRATION NO. 5,034,069** |

**DEMAND FOR JURY TRIAL**

1

COMPLAINT

**PRELIMINARY STATEMENT**

1. Plaintiff Mike's Novelties, Inc. (hereinafter "MNI"), brings this action against Defendant PIV Enterprises, Inc. (hereinafter "PIV"), for declaratory judgment of (1) non-infringement of trademark, (2) non-counterfeiting of trademark, (3) invalidity of Trademark Reg. No. 5,298,938 (hereinafter "the '938 Registration"), and (4) invalidity of Trademark Reg. No. 5,034,069 (hereinafter "the '069 Registration"), pursuant the Declaratory Judgment Act, 28 U.S.C. §§2201-02, and the Lanham Act of the United States, and for such other relief as the Court deems just and proper.

**JURISDICTION AND VENUE**

2. The Court has subject matter jurisdiction of the First, Second, Third, and Fourth claims of this Complaint pursuant to 28 U.S.C. §§1331, 1338(a), 2201, and 2202, and the Lanham Act of the United States.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391.

4. PIV purports to be the owner of rights in the '938 Registration and the '069 Registration for the "MAGNUM DETOX" mark used in connection with mouth wash under International Class 003. Attached hereto as **Exhibits A and B**, and incorporated herein by reference, are true and correct copies of PIV's Registrations. Through a cease and desist letter dated August 21, 2023, PIV has asserted that its Registrations are infringed and counterfeited by MNI. Attached hereto as **Exhibit C** is a true and correct copy of said cease and desist letter. In fact, MNI is informed and believes that it has not infringed or counterfeited any of PIV's Registrations, and that both PIV's Registrations are invalid for abandonment or non-use. In addition, in the cease and desist letter, PIV expressly states that it will file a lawsuit against MNI if MNI fails to comply with PIV's demands by September 8, 2023.

5. As such, a substantial controversy exists between the Parties which is of sufficient immediacy and reality to warrant declaratory relief.

6. This Court has personal jurisdiction over PIV. First, PIV resides in this Judicial District since its principal place of business is located in Visalia, California. Second, PIV has regularly conducted substantial business in and directed to this Judicial

District. Third, PIV has engaged in various acts in and directed to this Judicial District.

## THE PARTIES

7. Plaintiff MNI resides in Houston, Texas and is incorporated by the laws of the state of Texas. Plaintiff MNI manufactures, advertises, and sells a variety of products related to the novelty products industry.

8. Upon information and belief, Defendant PIV is, and at all times mentioned herein was, a corporation with a principal place of business in Visalia, California and incorporated by the laws of the state of California.

## FACTUAL BACKGROUND

9. PIV was issued the '938 Registration on October 3, 2017, for use in connection with mouth wash.

10. PIV was issued the '069 Registration on September 6, 2016, for use in connection with mouth wash.

11. Upon information and belief, and based thereon, MNI alleges that PIV has not conducted or operated any business related to the Registrations since at least September 2020.

12. Similarly, upon information and belief, and based thereon, MNI alleges that PVI has not used the "MAGNUM DETOX" mark in connection with mouth wash or any other product since at least September 2020.

13. Upon information and belief, and based thereon, MNI alleges that it has not sold any mouth wash in connection with the "MAGNUM DETOX" mark since at least September 2018.

14. Upon information and belief, and based thereon, MNI alleges that it has purchased various products from PIV in the past for purposes of reselling it to retailers.

15. On August 21, 2023, PIV sent a cease and desist letter to MNI expressly stating, in part, as follows:

> "[PIV] owns [the '928 Registration and the '069 Registration]. PIV has the exclusive right to use and license the 'MAGNUM DETOX' mark for all of its products… It has recently come to our attention that [MNI] is selling counterfeit, unauthorized, and/or infringing synthetic urine bearing the 'MAGNUM DETOX' mark. Moreover, we are aware that you sell the counterfeit product to numerous other retailers and sellers in the United States…. Accordingly, your unauthorized use of [the 'MAGNUM DETOX' mark] is deceptive and may lead consumers to believe that [PIV] has authorized, sponsored, approved, or endorsed your products. Furthermore, your use of the 'MAGNUM DETOX' mark unlawfully trades off of [PIV]'s reputation… If you do not cooperate with [PIV]'s demands by September 8, 2023, we have been authorized to pursue an action to enforce its rights and the amounts owed, including attorney's fees and costs." See *Exhibit C*.

16. Then, on or around August 30, 2023, through a telephonic conference, MNI's counsel advised PIV's counsel that MNI did not infringe or counterfeit the 'MAGNUM DETOX' mark. In response, PIV's counsel stated, "we can agree to disagree". Then PIV's counsel stated that PIV would proceed with filing legal action against MNI at the appropriate time.

17. As such, without the declaratory judgments sought in this Complaint, MNI is forced to continue to operate its business with a cloud of a lawsuit over its head.

## FIRST CLAIM FOR RELIEF
## Declaration of Non-Infringement of Trademark

18. MNI repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 17.

19. MNI has not infringe and does not infringe, directly or indirectly, any valid and enforceable trademark for the "MAGNUM DETOX" mark.

20. As a result of the acts described in the foregoing paragraphs, there exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of declaratory judgment.

21. A judicial declaration is necessary and appropriate so that MNI may ascertain it rights regarding PIV's purported trademark.

## SECOND CLAIM FOR RELIEF

### Declaration of Non-Counterfeiting of Trademark

22. MNI repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 21.

23. MNI has not counterfeited and does not counterfeit, directly or indirectly, any valid and enforceable trademark for the "MAGNUM DETOX" mark.

24. As a result of the acts described in the foregoing paragraphs, there exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of declaratory judgment.

25. A judicial declaration is necessary and appropriate so that MNI may ascertain it rights regarding PIV's purported trademark.

## THIRD CLAIM FOR RELIEF

### Declaration Of Invalidity Of Trademark Registration No. 5,298,938

26. MNI repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 25.

27. Upon information and belief, the '938 Registration is invalid due to PIV's abandonment of the use of the "MAGNUM DETOX" mark in connection with mouth wash.

28. Upon information and belief, the '938 Registration is invalid due to PIV's non-use of the "MAGNUM DETOX" mark in commerce in connection with mouth wash.

29. As a result of the acts described in the foregoing paragraphs, there exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of declaratory judgment.

30. A judicial declaration is necessary and appropriate so that MNI may ascertain it rights regarding PIV's '938 Registration.

## FOURTH CLAIM FOR RELIEF

### Declaration Of Invalidity Of Trademark Registration No. 5,034,069

31. MNI repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 30.

32. Upon information and belief, the '069 Registration is invalid due to PIV's abandonment of the use of the "MAGNUM DETOX" mark in connection with mouth wash.

33. Upon information and belief, the '069 Registration is invalid due to PIV's non-use of the "MAGNUM DETOX" mark in commerce in connection with mouth wash.

34. As a result of the acts described in the foregoing paragraphs, there exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of declaratory judgment.

35. A judicial declaration is necessary and appropriate so that MNI may ascertain it rights regarding PIV's '069 Registration.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff MNI prays that this Court grant relief as follows:

1. For judgment declaring that MNI has not infringed, directly or indirectly, any valid and enforceable trademark owned by PIV.

2. For a judgment declaring that MNI has not counterfeited and does not counterfeit, directly or indirectly, any valid and enforceable trademark owned by PIV.

3. For a judgment declaring that the '938 Registration is invalid.

4. For a judgment declaring that the '069 Registration is invalid.

5. For an order declaring that MNI is a prevailing party and that this is an exceptional case; awarding MNI its costs, expenses, disbursements, and reasonable attorneys' fees.

6. For an order that PIV pay all costs associated with this action; and

7. For an award of any other relief as the Court deems just and proper.

DATED: September 1, 2023

By:_____

Louis F. Teran
Attorney for Plaintiff
Mike's Novelties, Inc.

## **DEMAND FOR JURY TRIAL**

Plaintiff Mike's Novelties, Inc. hereby demands trial by jury of all issues so triable under the law.

DATED: September 1, 2023

By: _____
Louis F. Teran
Attorney for Plaintiff
Mike's Novelties, Inc.

# EXHIBIT A

# United States of America
### United States Patent and Trademark Office

**MAGNUM DETOX**

| | |
|---|---|
| **Reg. No. 5,298,938** | PIV Enterprises, Inc. (CALIFORNIA CORPORATION)<br>P.o. Box 6455<br>Visalia, CALIFORNIA 93290 |
| **Registered Oct. 03, 2017** | |
| **Int. Cl.: 3** | CLASS 3: Mouth wash |
| **Trademark** | FIRST USE 8-31-2007; IN COMMERCE 8-31-2007 |
| **Principal Register** | The mark consists of the stylized word "MAGNUM" in military stencil typeface with the word "DETOX" positioned below and between the two letter "M's" as present in the word "MAGNUM". |

No claim is made to the exclusive right to use the following apart from the mark as shown: "DETOX"

SER. NO. 86-246,318, FILED 04-08-2014



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# EXHIBIT B

# United States of America
### United States Patent and Trademark Office

# MAGNUM DETOX

**Reg. No. 5,034,069**
**Registered Sep. 06, 2016**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

PIV Enterprises, Inc. (CALIFORNIA CORPORATION)
P.O. Box 6455
Visalia, CA 93290

CLASS 3: Mouth wash

FIRST USE 8-31-2007; IN COMMERCE 8-31-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "DETOX"

SER. NO. 86-246,314, FILED 04-08-2014
SETH A RAPPAPORT, EXAMINING ATTORNEY



Michelle K. Lee
Director of the United States
Patent and Trademark Office

# EXHIBIT C

**BA Buche & Associates, P.C.**
SAN DIEGO . LOS ANGELES . HOUSTON

August 21, 2023

Byron Ma
(858) 459-9111
bma@buchelaw.com

VIA FED EX #: 7731 2086 5454
VIA EMAIL PDF: sales@gomwi.com

Manisch Chander
Mike's Novelties, Inc. dba MWI Mike's Worldwide Inc.
10515 Harwin Dr., #136
Houston, TX 77036

RE: Sale of Counterfeit, Unauthorized, and/or Infringing Product Bearing the Magnum Detox Trademark

Dear Mr. Chander:

Our firm represents PIV Enterprises, Inc. (hereinafter "PIV" or "Magnum Detox") in connection with certain intellectual property matters. Magnum Detox is a leading brand of detox and cleansing products. Beginning in 2007, Magnum Detox has offered for sale detox and cleansing products bearing the Magnum Detox Marks, including but not limited to, synthetic urine, consumable liquids, mouth wash, soft gels, and shampoos. Direct all future correspondence regarding this matter to our La Jolla, California address.

Magnum Detox owns federally registered and common law rights to the marks MAGNUM DETOX and its stylized logo (collectively, "Magnum Detox Marks"):

**MAGNUM DETOX**

For example, Magnum Detox owns U.S. Trademark Reg. Nos. 5,298,938 and 5,034,069. Magnum Detox has the exclusive right to use and license the Magnum Detox Marks for all of its products. As a result of Magnum Detox's extensive use and promotion of the Magnum Detox Marks, Magnum Detox has acquired considerable value and goodwill in the Magnum Detox Marks.

It has recently come to our attention that MWI Mike's Worldwide, Inc. (hereinafter "MWI") is selling counterfeit, unauthorized, and/or infringing synthetic urine bearing the Magnum Detox Marks (the "Counterfeit Product"). Moreover, we are aware that you sell the Counterfeit Product to numerous other retailers and sellers in the United States. A comparison of the Counterfeit Product you are selling and the authorized product Magnum Detox previously sold is provided below:

---

**San Diego Office**
875 Prospect, Suite 305
La Jolla, California 92037
Tel: (858) 459-9111

**Los Angeles Office**
2029 Century Park East, Ste. 400N
Los Angeles, California 92037
Tel: (310) 593-4193

**Houston Office**
1700 Post Oak Blvd., 2 Blvd. Pl., #600
Houston, Texas 77056
Tel: (713) 589-2214

www.buchelaw.com

Chander, Manisch
August 21, 2023
Page 2 of 3

| COUNTERFEIT PRODUCT | AUTHORIZED PRODUCT |
|---|---|
| (image of counterfeit Magnum Detox boxes) | (image of authorized Magnum Detox Synthetic Urine product) |

As you can see, your use of the "Magnum Detox" is identical to the Magnum Detox Marks and the Counterfeit Product is virtually identical to Magnum Detox's authorized synthetic urine product. Accordingly, your unauthorized use of "Magnum Detox" is deceptive and may lead consumers to believe that Magnum Detox has authorized, sponsored, approved, or endorsed your products. Furthermore, your use of the Magnum Detox Marks unlawfully trades off of Magnum Detox's reputation.

In addition to selling counterfeit products, MWI also owes Magnum Detox an amount of at least $170,000.00 for unpaid balances for previous orders of Magnum Detox products. MWI's failure to pay the amounts owed constitutes, among other claims, breach of contract and unjust enrichment.

In view of the above and your clear violation of Magnum Detox's rights, Magnum Detox demands that you immediately:

1. Cease and desist from the manufacture, distribution, offer for sale, and/or sale of the Counterfeit Product and any other products that bear unauthorized reproductions of the Magnum Detox Marks;

2. Provide us with copies of all documents, correspondence, purchase orders, invoices,

Chander, Manisch
August 21, 2023
Page 3 of 3

    and all other records related to your sale of the Counterfeit Product and other similar products;

3. Provide us with a written statement detailing the quantities purchased and sold of the Counterfeit Product and other similar products;

4. Deliver all remaining units of the Counterfeit Product to Magnum Detox at 5211 W. Goshen Avenue, #106, Visalia, CA 93291;

5. Pay Magnum Detox $170,000.00 for outstanding unpaid balances; and,

6. Provide us with a written confirmation that you have complied with these demands.

    If you do not cooperate with Magnum Detox's demands by September 8, 2023, we have been authorized to pursue an action to enforce its rights and the amounts owed, including its attorney's fees and costs.

    Nothing in this letter shall be construed as a waiver or relinquishment of any of Magnum Detox's rights or remedies, which are hereby expressly reserved.

    We look forward to your cooperation.

                                  Sincerely,

                                  BUCHE & ASSOCIATES, P.C.

                                  /s/ *Byron Ma*

                                  Byron Ma