UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC., | Case No.: 1:23-cv-1309 JLT SAB |
| Plaintiff, | ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTOIN TO DISMISS DEFENDANT'S COUNTERCLAIMS WITH LEAVE TO AMEND |
| v. | |
| PIV ENTERPRISES, INC., | |
| Defendant. | (Docs. 8 and 16) |

Mike's Novelties, Inc. previously distributed products of PIV Enterprises, which develops, manufactures, and sells detox, cleansing, and lifestyle products. PIV alleges that Mike's Novelties is now manufacturing, distributing and/or selling a counterfeit product bearing its trademarks. (*See generally* Doc. 7.) Mike's Novelties moved to dismiss PIV's first and second amended counterclaims for federal trademark infringement and false designation of origin. (Doc. 8.)

The assigned magistrate judge found the allegations were insufficient to support PIV's counterclaims for trademark infringement and false designation of origin and recommended the motion to dismiss be granted. (*See* Doc. 16 at 5-17.) The magistrate judge found "PIV has not acted in bad faith and it would not prejudice [Mike's Novelties] or be futile to grant another opportunity to cure deficiencies in PIV's first amended countercomplaint." (*Id.* at 18.) Therefore, the magistrate judge recommended that "PIV be granted leave to amend its first amended countercomplaint to address the deficiencies in his first and second counterclaims." (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days.  (Doc. 16 at 19.)  The Court advised the parties the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated (Doc. 16) are **ADOPTED** in full.
2. Plaintiff's motion to dismiss (Doc. 8) is **GRANTED**.
3. Defendant's first and second counterclaims are **DISMISSED** with leave to amend.
4. Defendant **SHALL** file any second amended answer and counterclaims within 21 days of the date of service of this order. Failure to comply with this order will result in the first amended and answer counterclaims (Doc. 7) standing as the operative answer, with the identified counterclaims dismissed.

IT IS SO ORDERED.

Dated:   **March 12, 2024**

UNITED STATES DISTRICT JUDGE