UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PIV ENTERPRISES, INC., <br><br> Defendant. | Case No.: 1:23-cv-1309 JLT SAB <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS <br><br> (Docs. 20 and 23) |

Mike's Novelties, Inc. previously distributed products of PIV Enterprises, which develops, manufactures, and sells detox, cleansing, and lifestyle products. PIV alleges that Mike's Novelties is now manufacturing, distributing and/or selling a counterfeit product bearing its trademarks. (*See generally* Doc. 19.) Mike's Novelties moved to dismiss PIV's first and second amended counterclaims for federal trademark infringement and false designation of origin in addition to PIV's first affirmative defense for incontestability. (Doc. 20.) Counsel for Mike's Novelties filed a declaration with the motion confirming Mike's Novelties did not meet and confer with PIV on any matters raised in the motion to dismiss. (*Id.* at 10.) Accordingly, the assigned magistrate judge recommended that the motion be denied without prejudice for failure to meet and confer as required by this Court's Standing Order. (Doc. 23 (citing Doc. 4-1 at 2).)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 23 at 6.) The Court advised the parties the "failure to file

objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated (Doc. 23) are **ADOPTED** in full.
2. Plaintiff's motion to dismiss (Doc. 20) is **DENIED**.
3. Plaintiff **SHALL** file a response to the second amended answer and counterclaims within 14 days of the date of service of this order.

IT IS SO ORDERED.

Dated: **May 14, 2024**

UNITED STATES DISTRICT JUDGE

2