# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> PIV ENTERPRISES, INC., <br><br>   Defendant. | Case No.  1:23-cv-01309-JLT-SAB <br><br> ORDER DENYING REQUEST FOR ENTRY OF DEFAULT <br><br> (ECF No. 26) |

On June 3, 2024, Counter Claim Plaintiff PIV Enterprises, Inc. filed a request for entry of default against Counter Claim Defendant Mikes Novelties, Inc.  and Counter Claim Defendant filed an answer to the counter claim.  (ECF Nos. 16, 27.)

Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of the Court enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise."  Fed. R. Civ. P. 55(a).  A defendant's default does not automatically entitle the plaintiff to a court-ordered judgment.  See Draper v. Coombs, 792 F.2d 915, 924-925 (9th Cir. 1986).  Rather, granting or denying relief is entirely within the Court's discretion. Id.  Inasmuch as Counter Claim Defendant is defending the counter claim by filing an answer, entry of default is not warranted.

Accordingly, Cross Claim Plaintiff's request for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **June 4, 2024**

UNITED STATES MAGISTRATE JUDGE

1