# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC., | Case No. 1:23-cv-01309-JLT-SAB |
| Plaintiff, | ORDER VACATING MARCH 18, 2025 INFORMAL DISCOVERY HEARING |
| v. | |
| PIV ENTERPRISES, INC., | ORDERING FORMAL BRIEFING PURSUANT TO LOCAL RULE 251 |
| Defendant. | (ECF No. 33) |
| | **MARCH 24, 2025 DEADLINE** |

At the parties' request, the Court set an informal discovery dispute hearing for March 18, 2025. (ECF No. 32.) On March 17, 2025, the parties timely filed their joint informal discovery dispute letter brief. (ECF No. 33.)

The Court has reviewed the parties' informal letter brief and finds that further briefing is necessary to resolve the parties' dispute. The Court shall therefore order that the parties file a modified Joint Statement re Discovery Disagreement pursuant to Local Rule 251(c). Should any party fail to timely participate in the joint statement, the affected party shall file an affidavit stating it was unable, after good faith effort, to secure the cooperation of the opposing party in preparing or executing the statement. See L.R. 251(d).

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The informal discovery hearing set for March 18, 2025 at 11:00 a.m. is VACATED;

2. The parties are DIRECTED to file a modified Joint Statement re Discovery Disagreement pursuant to L.R. 251(c) **no later than March 24, 2025**. The parties' joint statement SHALL include:

    (a) Each specific request for admission, request for production of documents, and the objections thereto at issue, reproduced in full;

    (b) A declaration by counsel providing a linear timeline of the relevant discovery deadlines and extensions, supported by exhibits containing relevant correspondence; and

    (c) Each party's additional legal argument, if any, shall not exceed two (2) pages in length.

3. The matter shall be taken under submission upon receipt of the joint statement. Should the Court determine a hearing is necessary, the Court will issue an order setting a hearing.

IT IS SO ORDERED.

Dated: __**March 17, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2