# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> PIV ENTERPRISES, INC., <br><br>   Defendant. | Case No. 1:23-cv-01309-JLT-SAB <br><br> ORDER RE JUNE 25, 2025 HEARING REGARDING DEFENDANT'S MOTION TO WITHDRAW |

On May 16, 2025, counsel for Defendant and Counterclaim Plaintiff PIV Enterprises, Inc. ("PIV") filed a motion to withdraw as attorneys of record. (ECF No. 37.) A hearing is set for the matter on June 25, 2025. If new counsel is not substituted by that time, then the Court shall order that a representative of PIV appear at the hearing on the motion to withdraw. If additional counsel is retained prior to June 25, 2025, PIV shall promptly file notice of substitution of attorney.

Accordingly, the Court DIRECTS a representative of PIV Enterprises, Inc. to appear at the June 25, 2025 hearing regarding counsel for PIV's motion to withdraw.

IT IS SO ORDERED.

Dated:  **May 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1