# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PIV ENTERPRISES, INC.,<br><br>Defendant. | Case No. 1:23-cv-01309-JLT-SAB<br><br>ORDER RE DEFENDANT AND COUNTERCLAIM PLAINTIFF PIV ENTERPRISES, INC.'S SUBSTITUTION OF ATTORNEY<br><br>ORDER DENYING MOTION TO WITHDRAW AS MOOT; VACATING JUNE 25, 2025 HEARING<br><br>(ECF Nos. 37, 44) |

On June 11, 2025, Defendant and Counterclaim Plaintiff PIV Enterprises, Inc. filed a substitution of attorney form substituting attorney Sherrie Flynn in place of The Buche Law Firm, P.C., which includes attorneys John K. Buche and Byron Ma. (ECF No. 4.) Sherrie Flynn shall be substituted as attorney of record for Defendant and Counterclaim Plaintiff PIV Enterprises, Inc.

Given the substitution, the motion to withdraw as attorneys of record filed on May 16, 2025 shall be denied as moot and the hearing set for the motion shall be vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. PIV's motion to withdraw as attorney (ECF No. 37) is DENIED as moot;

2. The hearing set for June 25, 2025 is VACATED; and

///

1

3. The Clerk of the Court is DIRECTED to terminate attorneys John Buche and Byron Ma as counsel of record and update Sherrie Flynn as counsel for PIV Enterprises, Inc.

IT IS SO ORDERED.

Dated: __**June 11, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2