1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| MIKE'S NOVELTIES, INC., | Case No.  1:23-cv-01309-JLT-SAB |
| Plaintiff, | ORDER RE OCTOBER 29, 2025 HEARING REGARDING DEFENDANT'S MOTION TO WITHDRAW |
| v. | |
| PIV ENTERPRISES, INC., | |
| Defendant. | |

16    On September 18, 2025, counsel for Defendant PIV Enterprises, Inc. ("PIV") filed a

17 motion to withdraw as attorneys of record.  (ECF No. 60.)  A hearing is set for the matter on

18 October 29, 2025.  If new counsel is not substituted by that time, then the Court shall order that a

19 representative of PIV appear at the hearing on the motion to withdraw.  If additional counsel is

20 retained prior to October 29, 2025, PIV shall promptly file notice of substitution of attorney.

21    Accordingly, the Court DIRECTS a representative of PIV Enterprises, Inc. to appear at

22 the October 29, 2025 hearing regarding counsel for PIV's motion to withdraw.

23
24 IT IS SO ORDERED.

25 Dated:    **October 9, 2025**

STANLEY A. BOONE
26    United States Magistrate Judge
27
28