# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> PIV ENTERPRISES, INC., <br><br>  Defendant. | Case No. 1:23-cv-01309-JLT-SAB <br><br> ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER <br><br> (ECF Nos. 62, 63) |

Currently before the Court is Defendant PIV Enterprises, Inc.'s motion to amend the scheduling order with a corresponding application to shorten time to hear the motion. (ECF Nos. 62, 63.) The expert disclosure deadline is set for October 13, 2025.

Upon review of the motions, the Court finds good cause to grant both. In particular, the Court notes the Plaintiff's motion for reconsideration of the undersigned's discovery order is still pending before the assigned District Judge, which may affect the expert's opinion and report. (ECF No. 42.) Additionally, PIV's counsel filed a motion to withdraw as counsel, which will require additional time for engage new counsel and for counsel to come up to speed. (ECF Nos. 42, 60.)

Accordingly, IT IS HEREBY ORDERED that:

1. PIV's application for an order to shorten time for hearing PIV's motion to modify the scheduling order is GRANTED (ECF No. 63); and

2. PIV's motion to amend scheduling order is GRANTED as follows:

1

      a. The expert disclosure date is continued until 60 days after the ruling Plaintiff's motion for reconsideration is issued; and

      b. Upon the issuance of the motion for reconsideration, the Court will set a status conference to discuss specific dates for the remaining scheduling order deadlines, including the trial date.

IT IS SO ORDERED.

Dated: **October 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2