# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S NOVELTIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>PIV ENTERPRISES, INC., <br><br>Defendant. | Case No. 1:23-cv-01309-JLT-SAB <br><br>ORDER RE DEFENDANT AND COUNTERCLAIM PLAINTIFF PIV ENTERPRISES, INC.'S SUBSTITUTION OF ATTORNEY <br><br>ORDER DENYING MOTION TO WITHDRAW AS MOOT; VACATING OCTOBER 29, 2025 HEARING <br><br>(ECF Nos. 60, 66) |

On October 21, 2025, Defendant and Counterclaim Plaintiff PIV Enterprises, Inc. filed a substitution of attorney form substituting attorney Marc Hankin in place of Sherrie Flynn. (ECF No. 66.) Marc Hankin shall be substituted as attorney of record for Defendant and Counterclaim Plaintiff PIV Enterprises, Inc.

Given the substitution, the motion to withdraw as attorney of record filed on September 18, 2025 shall be denied as moot and the hearing set for the motion shall be vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. PIV's motion to withdraw as attorney (ECF No. 60) is DENIED as moot;
2. The hearing set for October 29, 2025 is VACATED; and

/ / /

/ / /

1

3. The Clerk of the Court is DIRECTED to terminate attorney Sherrie Flynn as counsel of record and update Marc Hankin as counsel for PIV Enterprises, Inc.

IT IS SO ORDERED.

Dated: **October 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge